# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Blake Austin McReynolds ,

Inmate ID Number: J42700 ,

*(Write your full name and inmate ID number.)*

*Fourth Amended Complaint*

**v.**

**Case No.:** 1:23-cv-212-AW-MJF
*(To be filled in by the Clerk's Office)*

Sergent D. Courtot ,

Officer J. Lyles ,

2 Jane Doe nurses ,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Jury Trial Requested?**
☑ **YES** ☐ **NO**

FILED USDC FLND PN
SEP 12 '24 AM 10:45

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Blake Austin McReynolds    ID Number: J42700

List all other names by which you have been known: BAM, BMac,

Blake, Blake Austin, Blake McReynolds

Current Institution: Columbia Correctional Institution

Address: 216 SE Corrections Way

Lake City, FL 32025

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *each and every* Defendant:

1. Defendant's Name: J. Lyles

Official Position: Officer    (C.O)

Employed at: Cross City Correctional Institution

Mailing Address: 568 NE 255th Street

Cross City, FL 32628

☑ Sued in Individual Capacity        ☐ Sued in Official Capacity

2. Defendant's Name: _D. courtot_

Official Position: _Sergent    (Sgt)_

Employed at: _Cross city Correctional Institution_

Mailing Address: _568 NE 255th street_

_cross city, FL 32628_

☑ Sued in Individual Capacity    ☐ Sued in Official Capacity

3. Defendant's Name: _Jane Doe 1 & Jane Doe 2_

Official Position: _nurse(s)_

Employed at: _Cross city Correctional Institution_

Mailing Address: _568 NE 255th street_

_cross city, FL 32628_

☑ Sued in Individual Capacity    ☐ Sued in Official Capacity

(*Provide this information for all additional Defendants in this case by attaching additional pages, as needed.*)

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)    ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee    ☐ Civilly Committed Detainee

☑ Convicted State Prisoner    ☐ Convicted Federal Prisoner

☐ Immigration Detainee    ☐ Other (*explain below*):

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled to relief. Describe how *each* Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. *Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.* You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

the complaint will count as part of your page limitation. Therefore, do not attach irrelevant or unnecessary exhibits. Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.

See Attached (pg 5 - pg 6)

**Statement of Facts Continued** (*Page___of_____*)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## Statement of Facts

① On June 1st 2023 around 2:am plaintiff suffered a seizure, when he "woke up" he sought medical help. officer Lyles Realized it was plaintiff who Just filed a p.r.e.a Case on their confinement Sergent (J. Redwine) of being Sexual Assualted, so Lyles calls for Back up.

② Although plaintiff explained to officer Lyles and sergent courtot he Just had a Seizure and needed his medication (Keppra), courtot and Lyles Responded by informing plaintiff they are going to write two Disciplinary reports accusing plaintiff of useing Drugs (DR#211-230758) and being in possession of Drugs (DR# 211-230764), They also Demanded for me to Drop the "p.r.e.a case" and I Refused which angered these officers

③ sergent courtot and officer Lyles were using the false disciplinary reports to place plaintiff back into confinement because plcintiff is a "snitch" and a "writ writer" and had Filed a "prea" case against their confinement Sergent from a prior Incident. (See Grievance log# 23-6-21222) and (p.r.e.a case #PR-X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)

④ plaintiff explained he has seizures, Takes Keppra 750mg, Just had a seizure, and needs medical help to Receive treatment and medication, plaintiff Begs for medical help, all while officer Lyles is telling courtot to take me outside and "shut me up". Once outside and off camera plaintiff informs officer Lyles and sergent courtot, I will be filing a grievance and a law suit about this and it Further Angered Both Defendants.

⑤ when headed towards medical sergent courtot told plaintiff to "stop writing grievances" and "Drop the

sexual assualt case" on his confinement sergent (J. Redwine)
or it wont be good for you! (see grievance #23-6-22209) and
(see p.r.e.a case # PR-X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) plaintiff Refused
and Sergent Courtot punches plaintiff in the Lower
Right Jaw, Fracturing his wisdom tooth, while officer
Lyles stood back and watched and did nothing to
stop or intervene. The tooth got infected and had to
be Removed. ⓒ

        During the pre-confinement medical examination
plaintiff ReQuested his seizure medication (Keppra), Sergent
Courtot told both Jane Doe nurses not to provide
me with medication, Sergent Courtot also told the two
Jane Doe nurses "Im the one who filed the prea case"
and to write False Reports saying "I Take Drugs" and
"Displayed observable behavior" and do not have any
Medical conditions, Including seizures. The two Jane
Doe nurses complied, and plaintiff got upset and started
Beging for help, and seizure medication, The nurses kept
Dening me which caused him to Risk haveing another seizure
and to suffer, all because im a "snitch" and I write
grievances, and filed a p.r.e.a case along with when I
told them "I will write them up and sue them for this."

⑦ plaintiff was Taken away with no medical help, or treatment
to confinement, Once their sergent Courtot told another F.D.O.C
employee to place plaintiff in that cell that is contaminated
with chemical agent residue, They did this to Further
Hurt, Harm, punish, injure and shut the plaintiff up due to
his Remarks about writing them up and sueing them, also
because I filed several grievances, And Reported prea see
grievance # 211-2306-0047) (see Grievance log# 23-6-22209)

and (grievance log# 23-6-22631) and (grievance# 23-6-26013) and (log# 23-6-21222)

⑧ On 6-8-2023 plaintiff was Found guilty of (DR log# 211-230758) on 6-12-2023 plaintiff Appealed officer Lyles DR Due to errors and it being a false Report, on 6-19-23 the DR was over-turned and Approved. on 6-8-2023 plaintiff was Found guilty of (DR log# 211-230764) Based on the DR Investigation, witness statements, SGt. courtots statement and other Facts. plaintiff Appealed all the way to Tallahassee and was Denied, on July 19, 2023 plaintiff filed "petition for writ of mandamus". On march 1st 2024 (9 months later) Ricky D. Dixon "over-turned" The DR Due to the Fact he is covering up the "criminal Activity" I'm proving to the court. He over turned the DR with no explanation on why.

⑨ on 6-9-23 plaintiff see's medical staff and was advised to file a grievance against the two Jane Doe nurses who wrote the false statements (see log# 211-2306-0084) The grievance was Approved and medical said they Deleted and Removed the (DR) from my file to hide the Fact the 2 Jane Doe nurses clearly violated plaintiff's Rights. This is all Due to officer Lyles and also sergent courtot telling those nurses "Im a snitch" I filed the prea case and to write false Reports. ⑩ on 6-30-23 plaintiff filed a Direct formal Grievance to Ricky D. Dixon, informing him of me being Retaliated against, Im in Fear for my saftey and well-being, and on 7-19-23 The (grievance log# 23-6-22209) was Returned without Action.

See Attached EXHiBit

Pg. 6

Dates Filed

Exhibit ① A: Medical Request for Help          6-7-23
        B: Informal Log # 211-2306-0047          6-8-23
        C: Formal Log # 2306-211-044            6-11-23
        D: Response Denied                       6-13-23
    E/ F: Appeal to Secretary Log# 23-6-20622   6-21-23
        G. Response Approved Log# 2306-211-044   7-25-23

Exhibit ② A: Petition for writ of Mandamus      8-6-23
        B: Respondents motion to Dismiss        3-1-24

Exhibit ③ A: Test Form / Seizures               9-10-22

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

See Attached  pg 7 - pg 8

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

'The (DRs) have been over turned, Due to pain and suffering, for doing time for a crime that was Droped, and I did not do, For my wisdom tooth that was Knocked out, Im Requesting $250,000.00 and for the Retaliation.

## VII.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.* If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g).  Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII.  PRIOR LITIGATION

*This section requires you to identify your prior litigation history.  Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case.  You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*

# Statement of Claims

1. Sergent D. courtot violated petitioners united states constitutional Rights, and his custom or policy by working For the F.D.O.C., and punching plaintiff in the Jaw, for exercising his Right to free speech, when he told Sergent. courtot he will be sueing him for Retaliation.

2. Sergent D. courtot violated plaintiffs constitutional Rights for "excessive Force" and "cruel harsh punishment" protected under the 1st, 8th Amendment and there fore, acted on the Behalf of the state of Florida witch is his Department.

3. Sergent D. courtot and officer Lyles had a reasonable expectation by Plaintiff From being protected from Harm, Injury, or retaliation, plaintiff claims he was abused, violated, and injured due to Filing grievances.

4. Sergent D. courtot violated plaintiffs 1st, 8th Amendment Right by utilizing "excessive Force" on plaintiff when he struck the plaintiff in the Jaw when he was not resisting or doing anything to warrent this Action. Also because plaintiff was attacked after he excercised his 1st Amendment Right to free speech, when he told officer Lyles and sergent courtot "He will be filing a grievance" and "sue them" and Then attacked.

5. plaintiffs united states constitutional Rights have been violated, when Defendants had a custom or policy and were "Deliberately Indiffrent" towards plaintiff and violated his Rights Reflected in both their acting togeather to not violate a law or Right. sergent courtot, officer Lyles, and Jane Doe 1, Jane Doe 2 Knowingly and Intentionaly

Ignored, Neglected, Denied, Hurt, and injured plaintiff.

6. plaintiff was Denied EQual protection under the 1st, 8th Amendment warrenting this cival suit.

7. Jane Doe 1 and Jane Doe 2 violated plaintiffs united states constitutional Rights, by being "Deliberatly Indiffrent" towards plaintiffs serious medical needs, when sergent courtot told the nurses "Im the snitch" and "He's High" and "Dont teke no meds", And im the one who filed that p.r.e.a case on their sergent So "Dont help Him". (See Exhibit (1)(E))

8. plaintiff claims officer LyLes, sergent courtot, and Both Jane Doe nurses wrote (DRs) and (statements) accusing plaintiff of violating prison Rules, to get him back to confinement. (see Exhibit (1)(B))

9. plaintiff claims officer LyLes, sergent courtot, and Both Jane Doe nurses retaliated against plaintiff for runing his mouth, Filing grievances, reporting p.r.e.a, and telling them they will be "sued". (See grievance log # 23-6-22631)

10. officer LyLes is being sued For "Failing to Intervene" and "protect plaintiff" when he watched his sergent. courtot punch plaintiff in the lower Right Jaw with his closed Right Fist, Due to the Fact plaintiff told them "He will write you up" and "Sue you" and For telling his sergent to "take care of me" in a wrongful way.

11. plaintff is claiming Jane Doe 1 and Jane Doe 2 nurses treated plaintiff differntly, based on what Sergent Courtot told them, and because of what I did, Both nurses Denied me Equal protection Due to Filing grivances, a p.r.e.a case, and by the words that came out my mouth.

12. plaintiff claims officer Lyles and sergent courtot treated plaintiff differently from other inmates Due to them Knowing "I Filed a p.r.e.a case" and told them "I will write them up". officer Lyles and sergent courtot unequally applied this and discriminated against plaintiff for these reasons, All Due Because plaintiff exercised his Right to Free speech.

Injuries: suffered a tremendous amount of pain after having a seizure, with no medication. Fractured wisdom teeth (Removed), Burning eyes (from the sprayd Room), Hard of Hearing on Right Side, pain and suffering, sleep promblems, changes in Appetite, lost weight, Headaches, Anger, Fear, confusion, helpless-ness, Fear of staff (Due to Filing grievances) severe and extrean pain suffering From a seizure, Fear of Retaliation (all the time). DID time for a crime i did not Do.

P.9 8

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

□ YES   ☒ NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date:_____Case #: _____

   Court: _____

   Reason: _____

2. Date:_____Case #: _____

   Court: _____

   Reason: _____

3. Date:_____Case #: _____

   Court: _____

   Reason: _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits or appeals in ***state or federal court*** dealing

with the same facts or issue involved in this case?

☐ YES ☒ NO

If "Yes," identify the case number, parties, date filed, result (*if not still*

*pending*), name of judge, and court for each case (*if more than one*):

1. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

2. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

   *(If necessary, list additional cases on an attached page)*

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in

***state or federal court*** either challenging your conviction or relating to

the conditions of your confinement?.

☒ YES    ☐ NO

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #: _CF-14-1886_ Parties: _____

   Court: _____ Judge: Howard, Maltz

   Date Filed: _____ Dismissal Date (*if not pending*): _____

   Reason: Over 10 years old, No longer have Paper work Due to officers throwing it away

2. Case #: 2023CA02877 Parties: blake McReynolds V. Ricky D. Dixon

   Court: civil Division Judge: John C. Cooper

   Date Filed: 8-6-23 Dismissal Date (*if not pending*): 3-4-24

   Reason: Ricky Dixon, Removed the (DRs) to cover up the truth

3. Case #: 23-1926 Parties: McReynolds Vs state of Florida

   Court: 5th D.C.A Judge: N-A

   Date Filed: _____ Dismissal Date (*if not pending*): _____

   Reason: (police threw Paper away) Due to Retaliation

4. Case #: 23-2085 Parties: McReynolds Vs state of Florida

   Court: 5th D.C.A Judge: N-A

   Date Filed: _____ Dismissal Date (*if not pending*): _____

   Reason: police threw paper work away Due to Retaliation

5. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date (*if not pending*): _____

   Reason: _____

6. Case #:_____Parties: _____

  Court:_____Judge: _____

  Date Filed:_____Dismissal Date (*if not pending*): _____

  Reason: _____

  (***Attach additional pages as necessary to list all cases.***)

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

3. I understand it is my obligation to timely notify the Clerk's Office if there

   is any change to my mailing address and that my failure to do so may result

   in a dismissal of the action.

Date: _9-9-24_ Plaintiff's Signature: _Blake McReynolds_

Printed Name of Plaintiff: _Blake   A.   McReynolds_

Correctional Institution: _Columbia correctional Institution_

Address: _216 Southeast corrections way_

_Lake city, Florida 32025_

**I certify and declare, under penalty of perjury, that this complaint was**

**(*check one*) ☑ delivered to prison officials for mailing or ☐ deposited in**

**the prison's mail system for mailing on the** _9th_ **day of** _September_ **20**_24_**.**

Signature of Incarcerated Plaintiff: _Blake McReynolds_

US POSTAGE PITNEY BOWES

ZIP 32025
02 4W
0000379442 SEP 09 2024
$ 002.87°

MAILED FROM
COLUMBIA
CORRECTIONAL
INSTITUTION

LEGAL

Blake McReynolds J47768
Columbia Correctione, Eastitution Anna
216 SE Corrections Way
Lake City, FL 32025

United States District Court
1 N. PalaFox street
Pensacola, FL 32502