**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**BLAKE AUSTIN MCREYNOLDS,**

    **Plaintiff,**

v.                                                Case No. 1:23-cv-212-AW-MJF

**J. LYLES, et al.,**

    **Defendants.**

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having considered the magistrate judge's June 24, 2025 report and recommendation (ECF No. 54), to which Plaintiff has not objected, I agree with the magistrate judge. I now adopt the report and recommendation and incorporate it into this order. Plaintiff's claims against J. Lyles are dismissed without prejudice. The magistrate judge will conduct further appropriate proceedings.

    SO ORDERED on July 21, 2025.

                                                  s/ *Allen Winsor*
                                                  Chief United States District Judge