**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

BLAKE AUSTIN
MCREYNOLDS,

Plaintiff,

v. Case No. 1:23-cv-212-AW-MJF

J. LYLES, *et al.*,

Defendants.
_______________________________________/

**ORDER**

On June 17, 2025, one Defendant filed a motion to dismiss. The undersigned ordered Plaintiff to respond to the motion to dismiss or file a notice of voluntary dismissal. The undersigned imposed a compliance deadline of July 24, 2025. Doc. 53. This court has extended the deadline numerous times. Ultimately, this court imposed a compliance deadline of November 14, 2025. Doc. 60 (ordering Plaintiff to respond by August 25, 2025); Doc. 65 (ordering Plaintiff to respond by October 7, 2025); Doc. 68 (ordering Plaintiff to respond by November 14, 2025). Plaintiff still has not complied with the undersigned's order to respond to the motion to dismiss.

Accordingly, it is **ORDERED**:

1. On or before **December 8, 2025**, Plaintiff shall show cause why this case should not be dismissed for:

   a. failure to comply with a court order; and

   b. failure to comply with the Local Rules based on Plaintiff's failure to disclose completely and honestly his litigation history.

2. Plaintiff's failure to comply with this order likely will result in dismissal of this civil action for failure to comply with court orders, failure to comply with the Local Rules, and failure to prosecute.

**SO ORDERED** on November 24, 2025.

/s/ *Michael J. Frank*

**Michael J. Frank**
**United States Magistrate Judge**