**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION**

**BLAKE AUSTIN MCREYNOLDS,**

**Plaintiff,**

**v.** **Case No. 1:23-cv-212-AW-MJF**

**J. LYLES, et al.,**

**Defendants.**

_______________________________/

# JUDGMENT

This case is dismissed without prejudice based on Plaintiff's failure to comply with the court's local rules and a court order.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

February 2, 2026
Date

s/ KELLI MALU
Deputy Clerk: Kelli Malu